UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELLIOT SHAPIRO,

      Plaintiff,

v.                                CASE NO.: 8:06-CV-1732-T-30MAP

JOHN E. POTTER, POSTMASTER
GENERAL, U.S. POSTAL SERVICE,
CAPITAL METRO OPERATIONS,
AGENCY,

      Defendant.
_____/

**ORDER**

Plaintiff has filed a "Notice of Civil Action" in which he apparently alleges disability discrimination. *See* doc. 1. He also seeks to proceed *in forma pauperis* under 28 U.S.C. § 1915. *See* doc. 2. That statute, however, provides that a court may dismiss such an action "if satisfied that the action is frivolous or malicious." 28 U.S.C. § 1915(d). A complaint is considered frivolous if it lacks an arguable basis in law or in fact." *Neitzke v. Williams,* 490 U.S. 319, 325 (1989). In order to facilitate that review, particularly given the Plaintiff's confusing pleading, the Plaintiff is directed to file an amended complaint. *See Herrick v. Collins,* 914 F.2d 228, 230 (11th Cir. 1990) (where the defendants have not responded, the district court should first permit the plaintiff to amend the complaint and correct its deficiencies). Accordingly, it is

ORDERED:

1. The Plaintiff will be given 30 days to amend his complaint. Any amended complaint filed is to include (a) a short plain and plain statement of the grounds upon which the Court's jurisdiction depends, (b) a short and plain statement of the claim showing he is entitled to relief, and (c) a

demand for judgment for the relief he seeks.  *See* Fed. R. Civ. P. 8.

    2.  Failure to file the amended complaint in the allotted time may lead to dismissal of the pending complaint.

    DONE AND ORDERED at Tampa, Florida on October 20, 2006.

/s/ Mark A. Pizzo
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:    The Honorable James S. Moody
       Plaintiff, pro se